FILED
December 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003945558

Thomas A. Aceituno
PO Box 189
Folsom, CA 95763-0189
Telephone: (916) 985-6486
e-mail: trustee@acetrustee.com

Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re, | Case No. 11-30356-A-7 |
| DONALD ALAN DECARLI, | DCN: TAA-1 |
| JOSEPHINE DECARLI, | DATE: January 3, 2012 |
| | TIME: 10:00 AM |
| | DEPT.: A |
| Debtor(s) | |

MOTION TO SELL AND ABANDON ASSETS OF THE ESTATE

and

DECLARATION OF THOMAS A. ACEITUNO

I, THOMAS A. ACEITUNO, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale back to the Debtors of equity in a 2008 Honda Accord and a 2003 F 350 Ford Truck and to abandon all other scheduled assets as follows:

1. The Debtor herein filed bankruptcy on April 26, 2011. I have been appointed Trustee for the bankruptcy estate.

2. The Debtor owns the following assets which appear to have equity for the bankruptcy estate:

3. 2003 F350 Ford Truck, scheduled value of $16,000, with no liens and exemption in the amount of $16,000. The Trustee believes the market value of the Ford Truck is approximately $22,000, leaving non-exempt equity of $6,000.
4. 2008 Honda Accord, scheduled value of $13,500 with liens of $12,200 and exemption in the amount of $1,196. I believe the market value of the Honda Accord is approximately $15,000, leaving non-exempt equity of $1,604.00.
5. The Debtors have offered to pay the estate the total sum of $5,000 for the equity in both vehicles. I believe the amount offered is equivalent to the full market value of the vehicles after consideration of costs of sale. Therefore, I believe the proposed sale is fair and equitable and in the best interest of the estate.
6. In addition, the Debtors included numerous other assets in their Schedule A and B, including a residence commonly known as 4171 Monte Verde Dr., El Dorado Hills, California, bank accounts with Golden One Credit Union and Wells Fargo Bank, a retirement account with Chase Bank, a retirement account with Charles Schwab, household goods and furnishings, clothing, refund of withholding taxes from sale of real property in Hawaii, and miscellaneous other personal property. All of these assets are fully exempted on Schedule C. I agree that these assets have no significant value to the estate after consideration of liens and claims of exemption, therefore I am proposing to abandon all scheduled assets other than the two vehicles above.
7. I am presently holding the amount of $7,348.48 derived from the refund of the withholding taxes from the sale of the Hawaii real property. Debtors have agreed that payment for the vehicles will be taken from these funds, and the balance of $2,348.48 will be returned to them upon approval of this motion.

For the reasons above, I pray for an order of the court as follows:

1. Authorizing the sale of the estate's interest in the 2003 F 350 Ford Truck and the 2008 Honda Accord to the Debtors for a gross purchase price of $5,000.00, payable from funds currently held by the Trustee.

2. Authorizing the abandonment of all other scheduled assets of the debtors, specifically including the residence commonly known as 4171 Monte Verde Dr. El Dorado Hills, California.

Respectfully submitted:

DATE: December 8, 2011 /s/ Thomas A. Aceituno

## DECLARATION OF THOMAS A. ACEITUNO

I, Thomas A. Aceituno, hereby declare under penalty of perjury:

1. I am the Trustee in this case.

2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATE: December 8, 2011 /s/ Thomas A. Aceituno